# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

September 12, 2016

151051(85)

CITY OF COLDWATER,
      Plaintiff-Appellee,

v

CONSUMERS ENERGY COMPANY,
      Defendant-Appellant.
_____/

SC: 151051
COA: 320181
Branch CC: 13-040185-CZ

      On order of the Chief Justice, the motion of amicus curiae Michigan Electric Cooperative Association to file a reply to the brief of amicus curiae Michigan Public Service Commission is DENIED. The amicus reply submitted on September 9, 2016, is not accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2016

